**CLOSED**

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:03-cv-12086-NG MAR - 5 2004
#### Internal Use Only

Saunders v. Putnam American Government Income Fund
Assigned to: Nancy Gertner
Referred to:
Demand: $
Lead Docket: None
Related Cases: 1:03-cv-12214-WGY
Case in other court: None
Cause: 15:77 Securities Fraud

Date Filed: 10/28/03
Jury Demand: Plaintiff
Nature of Suit: 850
Securities/Commodities
Jurisdiction: Federal Question

**Plaintiff**
----------------------

**Diane Saunders,** *on Behalf of Herself and All Others Similarly Situated*

represented by **Dennis J. Johnson**
Johnson & Perkinson
1690 Williston Road
South Burlington, VT 05403
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jacob B. Perkinson**
JOHNSON & PERKINSON
1690 Williston Road
South Burlington, VT 05403
802-862-0030
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen V. Saia**
Law Offices of Stephen V. Saia
70 Old Cart Path Lane
Pembroke, MA 02359
781-826-8401
Fax : 775-201-8079
Email: saialaw@earthlink.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Thomas W. Forster

The City of Sunrise General
Employees' Retirement Plan

I HEREBY ATTEST AND CERTIFY ON 3/3/04
THAT THE FOREGOING DOCUMENT IS A FULL, TRUE
AND CORRECT COPY OF THE ORIGINAL ON FILE
IN MY OFFICE AND IN MY LEGAL CUSTODY.
TONY ANASTAS
CLERK, U.S. DISTRICT COURT
DISTRICT OF MASSACHUSETTS
Jennifer Filo
3/3/04

Case 1:04-cv-00560-JFM   Document 1   Filed 03/05/04   Page 2 of 14

V.

**Defendant**

--------------

**Putnam American Government
Income Fund**

**Putnam Arizona Tax Exempt Income
Fund**

**Putnam Asset Allocation: Balanced
Portfolio**

**Putnam Asset Allocation: Growth
Portfolio**

**Putnam Asset Allocation
Conservative Portfolio**

**Putnam California Tax Exempt
Income Fund**

**Putnam Capital Appreciation Fund**

**Putnam Capital Opportunities fund**

**Putnam Classic Equity Fund**

**Putnam Convertible Income-Growth
Trust**

**Putnam Diversified Income Trust**

**Putnam Discovery Growth Fund**

**Putnam Equity Income Fund**

**Putnam Europe Equity Fund**

**Putnam Florida Tax Exempt Income
Fund**

**Putnam Fund for growth and Income**

**George Putnam fund of Boston**

**Putnam Global Equity Fund**

**Putnam Global Income Trust**

**Putnam Global Natural Resources
Fund**

**Putnam Growth Opportunities Fund**

**Putnam Health Sciences Trust**

**Putnam High Yield Advantage Fund**

**Putnam High Yield Trust**

**Putnam Income Fund**

**Putnam Intermediate U.S. Government Income Fund**

**Putnam International Capital Opportunities Fund**

**Putnam International Equity Fund**

**Putnam International Growth and Income Fund**

**Putnam International New Opportunities Fund**

**Putnam Investors Fund**

**Putnam Massachusetts Tax Exempt Income Fund**

**Putnam Michigan Tax Exempt Income Fund**

**Putnam Mid Cap Value Fund**

**Putnam Minnesota Tax Exempt Income Fund**

**Putnam Money Market Fund**

**Putnam Municipal Income Fund**

**Putnam New Jersey Tax Exempt Income Fund**

**Putnam New Opportunities Fund**

**Putnam New: Value Fund**

**Putnam New York Tax Exempt Income Fund**

**Putnam New York Tax Exempt Opportunities Fund**

**Putnam Ohio Tax Exempt Income Fund**

**Putnam OTC & Emerging Growth**

Fund

**Putnam Pennsylvania Tax Exempt Income Fund**

**Putnam Research Fund**

**Putnam Small Cap Growth Fund**

**Putnam Small Cap Value Fund**

**Putnam Tax Exempt: Income Fund**

**Putnam Tax Exempt Money Market Fund**

**Putnam Tax Smart Equity Fund**

**Putnam Tax-Free High Yield Fund**

**Putnam Tax-Free Insured Fund**

**Putnam U.S. Government Income Trust**

**Putnam Utilities Growth and Income Fund**

**Putnam Vista Fund**

**Putnam Voyager Fund,** *collectively known as "Putnam Funds"*

**Marsh & McLennan Companies, Inc.**

**Putnam Investments Trust**                    represented by **Elizabeth A. Hellmann**
Skadden, Arps, Slate Meagher & Flom LLP
Four Times Square
New York, NY 10036-6522
212-735-3000
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James R. Carroll**
Skadden, Arps, Slate, Meagher & Flom
One Beacon Street
31st Floor
Boston, MA 02108
617-573-4800
Fax : 617-573-4822
Email: jcarroll@skadden.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Case 1:04-cv-00560-JFM   Document 1   Filed 03/05/04   Page 5 of 14

|  |  | **Seth M. Schwartz**<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, NY 10036<br>212 735-3000<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|
| **Putnam Investment Management LLC** | represented by | **Elizabeth A. Hellmann**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **ƒ** |  | **James R. Carroll**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Seth M. Schwartz**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Putnam Investment Funds**<br><br>**Omid Kamshad**<br><br>**Justin M. Scott**<br><br>**John Does 1-100** |  |  |
| **Putnam Fiduciary Trust Co.** | represented by | **Elizabeth A. Hellmann**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **James R. Carroll**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Seth M. Schwartz**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Movant**
-----------

| **International Brotherhood of Electrical Workers Local No. 150 Supplemental Trust** | represented by | **David Pastor**<br>Gilman and Pastor, LLP<br>Stonehill Corporate Center |
|---|---|---|

999 Broadway, Suite 500
Saugus, MA 01906
781-231-7850
Fax : 781-231-7840
Email: dpastor@gilmanpastor.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter A. Lagorio**
Gilman and Pastor, LLP
Suite 500
Stonehill Corporate Center
999 Broadway,
Saugus, MA 01906
781-231-7850
Fax : 781-231-7840
Email: palagorio@gilmanpastor.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Allan J. Katz,** *Individually and on Behalf of the Katz, Kutter, Et Al*

represented by **Andrew E. Lencyk**
Wolf Pepper LLP
845 Third Avenue
New York, NY 10022
212-759-4600
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Chet B. Waldman**
Wolf Popper Wolf Ross & Jones
845 Third Avenue
New York, NY 10017
212-759-4600
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Boies, III**
Straus & Boies, LLP
333 Main Street
Suite 300
Armonk, NY 10540
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth G. Walsh**
Straus & Boies, LLP
333 Main Street
Suite 300
Armonk, NY 10540
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                              **Marian P. Rosner**
                                              Wolf Popper LLP
                                              845 Third Ave.
                                              New York, NY 10022
                                              *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*

                                              **Paul Napoli**
                                              Napoli, Kaiser & Bern, LLP
                                              115 Broadway
                                              New York, NY 10006
                                              212-267-3700
                                              *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*

**Jill Lynn Bailin**                 represented by **Joseph R. Seidman, Jr.**
                                              Bernstein, Liebhard & Lifshitz, LLP
                                              10 East 40th Street
                                              22nd Floor
                                              New York, NY 10016
                                              617-212-779-1414
                                              *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*

                                              **Peter A. Lagorio**
                                              (See above for address)
                                              *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*

                                              **Sandy A Liebhard**
                                              Bernstein Liebhard & Lifshitz,LLP
                                              10 East 40th Street
                                              New York, NY 10016
                                              212 779-1414
                                              *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*

**Putnam Funds**                     represented by **Nancy F. Gans**
                                              Moulton & Gans, PC
                                              33 Broad Street
                                              Suite 1100
                                              Boston, MA 02109
                                              617-369-7979
                                              Fax : 617-369-7980
                                              Email: nfgans@aol.com
                                              *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*

**Zachary Starr**

**Joanne S. Baseman**

**Geil Craven**

**John K Clement**

**Seth Marks**

**Dina Rozenbaum**

**Diane Hutto**

| Filing Date | # | Docket Text |
|---|---|---|
| 10/28/2003 | ◉1 | CLASS ACTION COMPLAINT against all defendants Filing fee: $ 150, receipt number 51270, filed by Diane Saunders. (Attachments: # 1 pages 21-33 of complaint)(Filo, Jennifer) (Entered: 10/31/2003) |
| 10/28/2003 | ◉ | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Collings. (Filo, Jennifer) (Entered: 10/31/2003) |
| 10/28/2003 | | ***Party Putnam Arizona Tax Exempt Income Fund, and Putnam Asset Allocation: Balanced Portfolio, and Putnam Asset Allocation: Growth Portfolio, and Putnam Asset Allocation Conservative Portfolio, and Putnam California Tax Exempt Income Fund, and Putnam Capital Appreciation Fund, and Putnam Capital Opportunities fund, and Putnam Classic Equity Fund, and Putnam Convertible Income-Growth Trust, and Putnam Diversified Income Trust, and Putnam Discovery Growth Fund, and Putnam Equity Income Fund, and Putnam Europe Equity Fund, and Putnam Florida Tax Exempt Income Fund, and Putnam Fund for growth and Income, and George Putnam fund of Boston, and Putnam Global Equity Fund, and Putnam Global Income Trust, and Putnam Global Natural Resources Fund, and Putnam Growth Opportunities Fund, and Putnam Health Sciences Trust, and Putnam High Yield Advantage Fund, and Putnam High Yield Trust, and Putnam Income Fund, and Putnam Intermediate U.S. Government Income Fund, and Putnam International Capital Opportunities Fund, and Putnam International Equity Fund, and Putnam International Growth and Income Fund, and Putnam International New Opportunities Fund, and Putnam Investors Fund, and Putnam Massachusetts Tax Exempt Income Fund, and Putnam Michigan Tax Exempt Income Fund, and Putnam Mid Cap Value Fund, and Putnam Minnesota Tax Exempt Income Fund, and Putnam Money Market Fund, and Putnam Municipal Income Fund, and Putnam New Jersey Tax Exempt Income Fund, and Putnam New Opportunities Fund, and Putnam New: Value Fund, and Putnam New York Tax Exempt Income Fund, and Putnam New York Tax Exempt Opportunities Fund, and Putnam Ohio Tax Exempt Income Fund, and Putnam OTC & Emerging Growth Fund, and Putnam Pennsylvania Tax Exempt Income Fund, and Putnam Research Fund, and Putnam |

| | | | |
|---|---|---|---|
| | | | Small Cap Growth Fund, and Putnam Small Cap Value Fund, and Putnam Tax Exempt: Income Fund, and Putnam Tax Exempt Money Market Fund, and Putnam Tax Smart Equity Fund, and Putnam Tax-Free High Yield Fund, and Putnam Tax-Free Insured Fund, and Putnam U.S. Government Income Trust, and Putnam Utilities Growth and Income Fund, and Putnam Vista Fund, and Putnam Voyager Fund, and Marsh & McLennan Companies, Inc., and Putnam Investments Trust, and Putnam Investment Management LLC, and Putnam Investment Funds, and Omid Kamshad, and Justin M. Scott, and John Does 1-100 added as defendants. (Filo, Jennifer) (Entered: 11/12/2003) |
| 10/28/2003 | | ◕ | Summons Issued as to George Putnam fund of Boston, John Does 1-100, Omid Kamshad, Marsh & McLennan Companies, Inc., Putnam American Government Income Fund, Putnam Arizona Tax Exempt Income Fund, Putnam Asset Allocation Conservative Portfolio, Putnam Asset Allocation: Balanced Portfolio, Putnam Asset Allocation: Growth Portfolio, Putnam California Tax Exempt Income Fund, Putnam Capital Appreciation Fund, Putnam Capital Opportunities fund, Putnam Classic Equity Fund, Putnam Convertible Income-Growth Trust, Putnam Discovery Growth Fund, Putnam Diversified Income Trust, Putnam Equity Income Fund, Putnam Europe Equity Fund, Putnam Florida Tax Exempt Income Fund, Putnam Fund for growth and Income, Putnam Global Equity Fund, Putnam Global Income Trust, Putnam Global Natural Resources Fund, Putnam Growth Opportunities Fund, Putnam Health Sciences Trust, Putnam High Yield Advantage Fund, Putnam High Yield Trust, Putnam Income Fund, Putnam Intermediate U.S. Government Income Fund, Putnam International Capital Opportunities Fund, Putnam International Equity Fund, Putnam International Growth and Income Fund, Putnam International New Opportunities Fund, Putnam Investment Funds, Putnam Investment Management LLC, Putnam Investments Trust, Putnam Investors Fund, Putnam Massachusetts Tax Exempt Income Fund, Putnam Michigan Tax Exempt Income Fund, Putnam Mid Cap Value Fund, Putnam Minnesota Tax Exempt Income Fund, Putnam Money Market Fund, Putnam Municipal Income Fund, Putnam New Jersey Tax Exempt Income Fund, Putnam New Opportunities Fund, Putnam New York Tax Exempt Income Fund, Putnam New York Tax Exempt Opportunities Fund, Putnam New: Value Fund, Putnam OTC & Emerging Growth Fund, Putnam Ohio Tax Exempt Income Fund, Putnam Pennsylvania Tax Exempt Income Fund, Putnam Research Fund, Putnam Small Cap Growth Fund, Putnam Small Cap Value Fund, Putnam Tax Exempt Money Market Fund, Putnam Tax Exempt: Income Fund, Putnam Tax Smart Equity Fund, Putnam Tax-Free High Yield Fund, Putnam Tax-Free Insured Fund, Putnam U.S. Government Income Trust, Putnam Utilities Growth and Income Fund, Putnam Vista Fund, Putnam Voyager Fund, Justin M. Scott. (Filo, Jennifer) (Entered: 11/12/2003) |
| | | | |

| | | |
|---|---|---|
| 12/22/2003 | 2 | MOTION to Consolidate Cases *And For Appointment of Lead Plaintiff and Selection of Lead and Liaison Counsel* by Thomas W. Forster. (Attachments: # 1 Text of Proposed Order # 2 Memorandum of Law in Support of Motion# 3 Exhibit Exh. 1. Certification Form# 4 Exhibit Exh. 2. Notice# 5 Exhibit Exh. 3. Johnson & Perkinson Firm Resume# 6 Exhibit Exh. 4. Transcript)(Conway, James) (Entered: 12/22/2003) |
| 12/22/2003 | 3 | MOTION to Appoint Counsel *Pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 and Section 27(a) of the Securities Act of 1933 and Statement* by The City of Sunrise General Employees' Retirement Plan. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Duff, Alicia) (Entered: 12/22/2003) |
| 12/22/2003 | 4 | MEMORANDUM in Support re 2 MOTION to Consolidate Cases *And For Appointment of Lead Plaintiff and Selection of Lead and Liaison Counsel* filed by Thomas W. Forster. (Filo, Jennifer) (Entered: 01/07/2004) |
| 12/22/2003 | 5 | MOTION to Consolidate Actions, To Be Appointed Lead Plaintiff and For Approval of Lead Plaintiff's Selection of Lead Counsel and Liaison Counsel by International Brotherhood of Electrical Workers Local No. 150 Supplemental Trust.(Filo, Jennifer) (Entered: 01/08/2004) |
| 12/22/2003 | ● | ***Attorney David Pastor for International Brotherhood of Electrical Workers Local No. 150 Supplemental Trust, Peter A. Lagorio for International Brotherhood of Electrical Workers Local No. 150 Supplemental Trust added. (Filo, Jennifer) (Entered: 01/08/2004) |
| 12/22/2003 | 6 | MEMORANDUM OF LAW in Support re 5 MOTION to Consolidate Actions, To Be Appointed Lead Plaintiff and For Approval of Lead Plaintiff's Selection of Lead Counsel and Liaison Counsel filed by International Brotherhood of Electrical Workers Local No. 150 Supplemental Trust. (Filo, Jennifer) (Entered: 01/08/2004) |
| 12/22/2003 | 7 | DECLARATION of Sean M. Handler in Support re 5 MOTION to Consolidate Actions, To Be Appointed Lead Plaintiff and For Approval of Lead Counsel and Liaison Counsel by International Brotherhood of Electrical Workers Local No. 150 Supplemental Trust. (Filo, Jennifer) (Entered: 01/08/2004) |
| 12/22/2003 | 8 | CERTIFICATE OF SERVICE by International Brotherhood of Electrical Workers Local No. 150 Supplemental Trust re 7 Declaration,, 5 MOTION to Consolidate Cases, 6 Memorandum in Support of Motion,. (Filo, Jennifer) (Entered: 01/08/2004) |
| | | |

| | | |
|---|---|---|
| 12/22/2003 | ○9 | MOTION For Appointment of Lead Plaintiff and For Approval of Selection of Class Counsel by Allan J. Katz.(Filo, Jennifer) (Entered: 01/08/2004) |
| 12/22/2003 | ○ | ***Attorney Marian P. Rosner for Allan J. Katz, Chet B. Waldman for Allan J. Katz, Andrew E. Lencyk for Allan J. Katz, Paul Napoli for Allan J. Katz, David Boies for Allan J. Katz, Kenneth G. Walsh for Allan J. Katz added. (Filo, Jennifer) (Entered: 01/08/2004) |
| 12/22/2003 | ○10 | MEMORANDUM OF LAW in Support re 9 MOTION For Appointment of Lead Plaintiff and For Approval of Selection of Class Counsel filed by Allan J. Katz. (Filo, Jennifer) (Entered: 01/08/2004) |
| 12/22/2003 | ○11 | DECLARATION of Chet B. Waldman re 9 MOTION For Appointment of Lead Plaintiff and For Approval of Selection of Class Counsel by Allan J. Katz. (Filo, Jennifer) (Entered: 01/08/2004) |
| 12/22/2003 | ○12 | CERTIFICATE OF SERVICE by Allan J. Katz re 10 Memorandum in Support of Motion, 11 Declaration, 9 MOTION For Appointment of Lead Plaintiff and For Approval of Selection of Class Counsel. (Filo, Jennifer) (Entered: 01/08/2004) |
| 12/22/2003 | ○23 | MOTION to Consolidate Cases, Appointment as Lead Plaintiff, Appointment of Ohio Tuition Trust Authority, as Trustee of the Ohio Variable College Savings Trust Fund, as Representative Lead Plaintiff and Approval of Selection of Co-Lead Counsel, Coordinating Counsel, and Liaison Counsel by Putnam Funds.(Filo, Jennifer) (Entered: 01/08/2004) |
| 12/22/2003 | ○ | ***Attorney Nancy F. Gans for Putnam Funds added. (Filo, Jennifer) (Entered: 01/08/2004) |
| 12/22/2003 | ○24 | MEMORANDUM OF LAW in Support re 23 MOTION to Consolidate Cases filed by Putnam Income Fund. (Attachments: # 1 part 2 of mem in support)(Filo, Jennifer) (Entered: 01/08/2004) |
| 12/22/2003 | ○25 | DECLARATION of Nancy Freeman Gans in Support re 23 MOTION to Consolidate Cases by Putnam Funds. (Filo, Jennifer) (Entered: 01/08/2004) |
| 12/22/2003 | ○26 | CERTIFICATE OF SERVICE by Putnam Funds re 23 MOTION to Consolidate Cases, 24 Memorandum in Support of Motion, 25 Declaration. (Filo, Jennifer) (Entered: 01/08/2004) |
| 12/23/2003 | ○13 | Notice of MOTION for Appointment of Jill Lynn Bailin as Lead Plaintiff and For Approval of Her Selection of Lead Counsel by Jill Lynn Bailin.(Filo, Jennifer) (Entered: 01/08/2004) |

| | | |
|---|---|---|
| 12/23/2003 | ◖ | ***Attorney Peter A. Lagorio for Jill Lynn Bailin, Sandy A Liebhard for Jill Lynn Bailin, Joseph R. Seidman for Jill Lynn Bailin added. (Filo, Jennifer) (Entered: 01/08/2004) |
| 12/23/2003 | ◖14 | MEMORANDUM in Support re 13 MOTION for Appointment of Jill Lynn Bailin as Lead Plaintiff and For Approval of Her Selection of Lead Counsel filed by Jill Lynn Bailin. (Filo, Jennifer) (Entered: 01/08/2004) |
| 12/23/2003 | ◖15 | DECLARATION of Peter A. Lagorio re 14 Memorandum in Support of Motion, 13 MOTION for Appointment of Jill Lynn Bailin as Lead Plaintiff and For Approval of Her Selection of Lead Counsel by Jill Lynn Bailin. (Filo, Jennifer) (Entered: 01/08/2004) |
| 01/05/2004 | ◖16 | MOTION to Stay Proceedings in the Actions that are the Subject of Allan Katz's Motion Pending the Ruling by the Judicial Panel on Multidistrict Litigation by Omid Kamshad, Marsh & McLennan Companies, Inc., Putnam Investment Funds, Putnam Investment Management LLC, Putnam Investors Fund.c/s(Filo, Jennifer) (Entered: 01/08/2004) |
| 01/05/2004 | ◖17 | MEMORANDUM in Opposition re 9 MOTION by Allan J. Katz For Appointment of Lead Plaintiff and For Approval of Selection of Class Counsel, and Memorandum in Support of Defendants' Motion to Stay Proceedings Pending Ruling by the Judicial Panel on Multidistrict Litigation filed by Omid Kamshad, Marsh & McLennan Companies, Inc., Putnam Investment Funds, Putnam Investment Management LLC. c/s (Attachments: # 1 Exhibit mem&order of USDJ Keeton) (Filo, Jennifer) (Entered: 01/08/2004) |
| 01/05/2004 | ◖18 | NOTICE of Appearance by Elizabeth A. Hellmann, Seth M. Schwartz, James R. Carroll on behalf of Putnam Fiduciary Trust Co., Putnam Investment Management LLC, Putnam Investments Trust c/s (Filo, Jennifer) (Entered: 01/08/2004) |
| 01/05/2004 | ◖19 | CORPORATE DISCLOSURE STATEMENT by Putnam Fiduciary Trust Co., Putnam Investment Management LLC, Putnam Investments Trust.c/s (Filo, Jennifer) (Entered: 01/08/2004) |
| 01/05/2004 | ◖20 | MOTION to Stay Proceedings in the Actions that are the Subject of IBEW's Motion Pending the Ruling by the Judicial Panel on Multidistrict Litigation by Omid Kamshad, Marsh & McLennan Companies, Inc., Putnam Investment Management LLC, Putnam Investments Trust, Putnam Investors Fund.c/s(Filo, Jennifer) (Entered: 01/08/2004) |
| 01/05/2004 | ◖21 | MEMORANDUM OF LAW in Opposition re 5 MOTION by International Brotherhood of Electrical Workers Local No. 150 |

| | | |
|---|---|---|
| | | Supplemental Trust to Consolidate Actions, Appointment of Lead Plaintiff, and for Selection of Class Counsel, and Memorandum in Support of Defendants' Motion to Stay Proceedings Pending Ruling by the Judicial Panel on Multidistrict Litigation filed by Omid Kamshad, Marsh & McLennan Companies, Inc., Putnam Investment Management LLC, Putnam Investments Trust, Putnam Investors Fund. c/s (Filo, Jennifer) (Entered: 01/08/2004) |
| 01/05/2004 | ● | Proposed Document(s) received for filing. Document received: Stipulation and Proposed Order. (Filo, Jennifer) (Entered: 01/08/2004) |
| 01/05/2004 | ●22 | MEMORANDUM OF LAW in Opposition re 5 MOTION to Consolidate Cases, 9 MOTION For Appointment of Lead Plaintiff and For Approval of Selection of Class Counsel, 13 MOTION for Appointment of Jill Lynn Bailin as Lead Plaintiff and For Approval of Her Selection of Lead Counsel, 2 MOTION to Consolidate Cases *And For Appointment of Lead Plaintiff and Selection of Lead and Liaison Counsel*, 3 MOTION to Appoint Counsel *Pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 and Section 27 (a) of the Securities Act of 1933 and Statement* .c/s (Filo, Jennifer) (Entered: 01/08/2004) |
| 01/07/2004 | ● | Notice of correction to docket made by Court staff. Correction: document #2 motion to consolidate corrected because: to make attachment a main document. Counsel attached memorandum in support as an attachment which should always be filed as a separate main entry on the docket. (Filo, Jennifer) (Entered: 01/07/2004) |
| 01/08/2004 | | ***Staff notes All incoming documents are sent directly to chambers. (Filo, Jennifer) (Entered: 01/08/2004) |
| 01/09/2004 | ●27 | MEMORANDUM OF LAW IN OPPOSITION to Motion re 13 MOTION for Appointment of Jill Lynn Bailin as Lead Plaintiff and For Approval of Her Selection of Lead Counsel, 2 MOTION to Consolidate Cases *And For Appointment of Lead Plaintiff and Selection of Lead and Liaison Counsel*, 23 MOTION to Consolidate Cases, 5 MOTION to Consolidate Cases, 9 MOTION For Appointment of Lead Plaintiff and For Approval of Selection of Class Counsel and in SUPPORT of CROSS-MOTION to Consolidate Derivative cases and appoint derivative plaintiffs' Lead Counsel filed by Zachary Starr, Joanne S. Baseman, Geil Craven, John K Clement, Seth Marks, Dina Rozenbaum, Diane Hutto (Derivative plaintiffs). (Filo, Jennifer) (Entered: 01/14/2004) |
| 01/09/2004 | ●28 | DECLARATION of Christopher S. Hinton re 27 Derivative Plaintiffs' Memorandum of Law in Opposition to Motions to Appoint Lead Plaintiff and Lead Counsel and in Support of Cross-Motion to |

| | | |
|---|---|---|
| | | Consolidate Derivative Cases and Appoinit Derivative Plaintiffs' Lead Counsel filed. (Filo, Jennifer) (Entered: 01/14/2004) |
| 01/09/2004 | ◐29 | DECLARATION OF SERVICE re 27 Response to Motion,,, 28 Declaration,. (Filo, Jennifer) (Entered: 01/14/2004) |
| 01/15/2004 | ◐30 | MOTION for Leave to File Reply Memorandum in Response to the Zuber Plaintiffs' Memorandum of Law by Putnam Investment Management LLC.(Filo, Jennifer) (Entered: 01/28/2004) |
| 01/15/2004 | ◐31 | REPLY to the Zuber Plaintiffs' Memorandum of Law in Opposition to Motion re 23 MOTION to Consolidate Cases, 5 MOTION to Consolidate Cases, 9 MOTION For Appointment of Lead Plaintiff and For Approval of Selection of Class Counsel, 13 MOTION for Appointment of Jill Lynn Bailin as Lead Plaintiff and For Approval of Her Selection of Lead Counsel, 2 MOTION to Consolidate Cases *And For Appointment of Lead Plaintiff and Selection of Lead and Liaison Counsel* filed by Putnam Investment Management LLC. c/s (Filo, Jennifer) (Entered: 01/28/2004) |
| 01/16/2004 | ◐32 | OPPOSITION to the Derivitive Plaintiffs' Cross-Motion to Separately Consolidate Derivative Actions and to Appoint Derivative Lead Counsel filed by Putnam Funds Lead Plaintiff Movants. c/s(Filo, Jennifer) (Entered: 01/28/2004) |
| 03/03/2004 | ◐ | Case transferred to District of Maryland pursuant to Conditional Transfer Order entered by the MDL Panel on 2/27/04 certified copy of docket sheet sent to the Clerk in that district. (Filo, Jennifer) (Entered: 03/03/2004) |