UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MUTUAL FUNDS INVESTMENT LITIGATION<br><br>IN RE ALGER, COLUMBIA, JANUS, MFS, ONE GROUP, PIMCO AND PUTNAM (the "PUTNAM TRACK") | Honorable J. Fredrick Motz MDL 1586<br><br>Civil Action No. 04-MD-15863 |
| *Saunders, et al. v. Putnam American Government Income Fund, et al.* ("Fund Investor Class Action") | Civil Action No. 04-cv-00560 |
| *Zuber, et al. v. Putnam Investment Management, LLC, et al.* ("Fund Derivative Action") | Civil Action No. 04-cv-00564 |

**PUTNAM EMPLOYEE DEFENDANTS'**
**MOTION FOR ENTRY OF FINAL JUDGMENT**

Defendants Justin Scott, James Prusko, Carmel Peters, Geirulv Lode, and Frank Perfetuo ("Putnam Employee Defendants") respectfully move for entry of Final Judgment pursuant to Rule 54(b) of the Federal Rules of Civil Procedure. By its Orders, dated March 1, 2006 (See Docket Nos. 1715, 1649, 1885) and July 24, 2006 (Docket No. 2122), this Court has dismissed each of the counts asserted against the Putnam Employee Defendants in the Corrected Consolidated Amended Complaint in *Saunders, et al. v. Putnam American Government Income Fund, et al.* ("Fund Investor Class Action"). Similarly, by its Orders, dated November 3, 2005 (Docket No. 1462), March 1, 2006 (Docket No. 1697), and June 14, 2006 (Docket No. 2066), the Court has dismissed each of the counts propounded against Defendants Scott, Peters, and Lode in the Consolidated Amended Fund Derivative Complaint in *Zuber, et al. v. Putnam Investment Management,*

*LLC, et al.* ("Fund Derivative Action").  Putnam Employee Defendants Prusko and Perfetuo were not named as defendants in the *Zuber* Fund Derivative Action.  Notably, this court has already entered orders granting the motions for final judgment pursuant to Rule 54(b) for former Putnam employees Omid Kamshad (Docket No. 2365), William Woolverton (Docket No. 2303) and Ian C. Ferguson (Docket No. 2297).

These Orders effectively have ended both of these actions against the Putnam Employee Defendants.  The case as a whole, however, is just entering the early stages of discovery and in all likelihood will continue for a protracted period.  Keeping the Putnam Employee Defendants in this Multi-District Litigation while it runs its lengthy course serves no identifiable purpose and continues to cause them undue personal and professional burdens. For these reasons, and as more fully set forth in the accompanying memorandum of law, the Putnam Employee Defendants respectfully request that the Court enter final judgment pursuant to Rule 54(b) on the dismissed claims in both the Fund Investor Class Action and Fund Derivative Action.

WHEREFORE, Putnam Employee Defendants request that their motion be granted.

RESPECTFULLY SUBMITTED,

EMPLOYEE TIMING DEFENDANTS
By Their Respective Counsel


/s/ Jessica C. Sergi
John F. Sylvia
Adam L. Sisitsky
Jessica C. Sergi
MINTZ LEVIN COHN FERRIS
 GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111
Tel.: (617) 542-6000
Fax: (617) 542-2241
*Counsel to Justin Scott*


/s/ Jessica C. Sergi with the permission of
Lawrence Bader
Lawrence S. Bader
MORVILLO, ABRAMOWITZ, GRAND,
 IASON & SILBERBERG, P.C.
565 Fifth Avenue
New York, NY 10017
Tel.: (212) 856-9600
Fax: (212) 856-9494
*Counsel to James Prusko*


/s/ Jessica C. Sergi with the permission of
Peter M. Casey
Peter M. Casey
GREENBERG TRAURIG
One International Place
Boston, MA 02110
Tel.: (617) 310-6048
Fax: (617) 279-8440
*Counsel to Carmel Peters*

/s/ Jessica C. Sergi with the permission of
<u>Michael T. Gass</u>
Michael T. Gass
Matthew A. Martel
PALMER & DODGE LLP
111 Huntington Avenue at Prudential Center
Boston, MA 02199
Tel.: (617) 239-0100
Fax: (617) 227-4420
***Counsel to Geirulv Lode***


/s/ Jessica C. Sergi with the permission of
<u>Kurt S. Kusiak</u>
Kurt S. Kusiak
John Miller
225 Franklin Street
Boston, MA 02110
Tel.: (617) 542-5542
Fax: (617) 542-1542
***Counsel to Frank Perfetuo***

Dated: July 16, 2007

4090437v.1